JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar #7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6519
Supriya.Prasad@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WHITTAKER,<br><br>Defendant. | **Case No.: 2:23-cr-00013-JCM-BNW**<br><br>**Motion to Withdraw ECF No. 20** |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and Supriya Prasad, Assistant United States Attorney, respectfully moves this Honorable Court to grant the Government's Motion to Withdraw its Motion for Mental Examination of the Defendant under Federal Rules of Criminal Procedure 12.2(c) and its Motion to Compel Discovery, without prejudice. *See* ECF No. 20. The government so moves

//

//

//

//

//

so that it may refile to identify a specific expert witness to conduct a mental examination of the defendant.

DATED this 2nd day of August, 2023.

                                          Respectfully submitted,

                                        JASON M. FRIERSON
                                        United States Attorney

                                        */s/ Supriya Prasad*
                                        SUPRIYA PRASAD
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00013-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD WHITTAKER, | |
| Defendant. | |

**IT IS ORDERED** that the Motion to Withdraw without prejudice is hereby **GRANTED**. IT IS FURTHER ORDERED that the motion hearing set for 8/18/2023 is VACATED.

DATED this 3rd day of August 2023.

_____
UNITED STATES MAGISTRATE JUDGE