JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WHITTAKER,<br><br>Defendant. | Case No. 2:23-cr-00013-JCM-BNW<br><br>Stipulation to Continue Government's Reply Deadline |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad and Justin Washburne, Assistant United States Attorneys, counsel for the United States of America, and Jacquelyn Witt, Assistant Federal Public Defender and counsel for Defendant Richard Whittaker, that the government's reply deadline be extended to November 10, 2023.

This Stipulation is entered into for the following reasons:

1. On October 13, 2023, the government filed a motion to exclude defense expert Dr. Sharon Jones-Forrester. ECF No. 42.

2. On October 27, 2023, Whittaker filed a response to the government's motion. ECF No. 47.

1	3.	The government's reply is currently due on November 3, 2023.

2	4.	Counsel for the government requires additional time to file its reply.

3	5.	The defendant is currently in custody and does not object to the continuance.

4	6.	The parties agree to the continuance.

5	This is the first request for a continuance of the government's reply deadline.

6	Dated this 31st day of October, 2023.

7	JASON M. FRIERSON
	United States Attorney

8

9	By: /s/ *Supriya Prasad*                         By: /s/ *Jacquelyn Witt*
	SUPRIYA PRASAD                              JACQUELYN WITT
	JUSTIN WASHBURNE                         Assistant Federal Public Defender
10	Assistant United States Attorneys       Counsel for Defendant Richard Whittaker

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00013-JCM-BNW |
| Plaintiff, | ORDER |
| v. | |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the deadline to file the government's reply to its motion to exclude defense expert Dr. Sharon Jones-Forrester (ECF No. 42) be extended to November 10, 2023.

DATED November 2, 2023.

_____
UNITED STATES DISTRICT JUDGE