RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Richard Whittaker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00013-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO PRODUCE PROTECTIVE ORDER AND RELEASE OF THE RAW TESTING DATA**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the protective order and release of the raw testing data deadline be extended seven (7) days, to and including November 27, 2023.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　On November 9, 2023, the Court ordered the defense to produce Dr. Jones-Forrester's raw testing data to the government pursuant to a protective order. ECF No. 54.

2. The Court also ordered the parties meet and confer on the terms of the protective order. *Id*.

3. On November 15, 2023, Assistant Federal Public Defender Jacquelyn N. Witt and Assistant United States Attorney Justin Washburn conferred on the terms of the protective order.

4. The parties are engaged in discussions regarding the terms of the protective order and request a one-week continuance to determine whether the parties can reach an agreement on the same.

This is the first stipulation to continue filed herein.

DATED this 20th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Justin Washburn*<br>JUSTIN WASHBURN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　Defendant. | Case No. 2:23-cr-00013-JCM-BNW<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that the protective order and release of the raw testing data deadline be extended seven (7) days, to and including November 27, 2023.

　　　Dated this __21__ day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3