IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　Defendant. | Case No. 2:23-cr-00013-JCM-BNW<br><br>**[Proposed] Protective Order** |

　　This matter, having come before the Court by way of the Government's Motion to Compel Discovery (ECF No. 41) and the Court, having considered the matter and for the reasons stated in the Court's November 9, 2023 order (ECF No. 51), hereby Orders production of the materials requested in the Motion to Compel and enters the following PROTECTIVE ORDER:

　　1.　　The Defendant shall produce any and all reports, raw testing data, scoresheets, worksheets, notes, protocols, test question materials, any result summaries and interpretative reports not already produced related to the testing and evaluative tools used by Ms. Jones-Forrester in preparing his Psychological Evaluation and Addendum (ECF No. 19-1), and underlying facts and data supporting Dr. Jones-Forrester opinion in her Psychological Evaluation and Addendum (ECF No. 19-1) (hereby "Protected Material").

　　2.　　Access to the Protected Material shall be limited to the following individuals: the defendant, Dr. Jones-Forrester, attorneys for all parties, the government's rebuttal expert, and any other individuals specifically authorized by the Court (collectively, the

"Covered Individuals"). The Protected Materials shall not be disclosed to any third parties other than Dr. Jones-Forrester and the government's rebuttal expert.

    3.    Without leave of Court, the Covered Individuals shall not:

        a.    allow any other person to read, listen, or otherwise review the Protected Material;

        b.    use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the Information; or

        c.    attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

    4.    Nothing in this Order is intended to restrict the parties' use or introduction of the Protected Material as evidence at sentencing or support in motion practice. Should the Protected Material be used as evidence or in support of motion practice, the parties will move to seal the Protected Material. This includes but is not limited to admission of Protected Material during any court proceeding, testimony regarding Protected Materials, exhibits that include Protected Materials, and orders that provide specific details about the Protected Material.

    5.    The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

6. Should a reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the Government will move expeditiously for its dissolution.

7. At the conclusion of the proceedings in this case, the parties and any third parties that are in possession of Protected Martials, shall return protected materials to Dr. Jones-Forrester. Copies of Protected Materials shall be properly and securely destroyed.

**IT IS SO ORDERED:**

_____          _11/28/2023_____
BRENDA N. WEKSLER                                     Date
United States Magistrate Judge

3