# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RICHARD WHITTAKER,<br><br>Defendant(s). | Case No. 2:23-CR-13 JCM (BNW)<br><br>ORDER |

Presently before the court is the government's motion to reconsider the court's order dismissing the case. (ECF No. 105).

Defendant is a convicted sexual predator who is currently serving a term of supervised release. This offense of defendant's supervised release conditions is in case number 2:16-cr-00216-APG-EJY. Defendant is scheduled to appear before Judge Gordon for a revocation hearing regarding this offense on April 2, 2024, at 9:30 a.m.

In the instant matter, the government indicted defendant for violating the terms of his supervised release in that he failed to update his registration, as required by 18 U.S.C. § 2250(a). (ECF No. 1).

The government *already* elected to pursue the remedy of holding a hearing to revoke defendant's supervised release. Now, the government is pursuing *two* remedies: it is holding a hearing to revoke defendant's supervised release in case number 2:16-cr-00216-APG-EJY and now seeks a jury trial for that same offense in the instant matter.

Having a new jury trial regarding the same offense for which defendant already has a revocation hearing could raise double jeopardy concerns.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to reconsider the court's order dismissing the case (ECF No. 105) be, and the same hereby is, DENIED.

The clerk is instructed to enter judgment accordingly and close this case.

DATED March 4, 2024.

_____
UNITED STATES DISTRICT JUDGE